UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA A. CIRCELLO and MARY OLIVER,  :
:
                              Plaintiffs,  :
:
          - against -  :  Case No. 07 Civ. 6933
                           :  (WP4/GAY)
COMMUNITY MUTUAL SAVINGS BANK,  :
:
                            Defendant.  :
-------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Community Mutual Savings Bank hereby certify that said Defendant is a publicly held corporation and has no parent or subsidiary corporations.

                                         BLEAKLEY PLATT & SCHMIDT , LLP
                                         One North Lexington Avenue
                                         White Plains, New York 10601
                                         Tel:  (914) 949-2700
                                         Fax: (914) 683-6956

                By: _____
                        Joseph DeGiuseppe, Jr. (JD 6276)

                                         ATTORNEYS FOR DEFENDANT
                                         Community Mutual Savings Bank

Dated:  October 4, 2007
         White Plains, New York