**LAW OFFICE OF VINCENT R. FONTANA, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
1010 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NEW YORK 11530

TEL: (516) 640-4505
FAX: (516) 640-4983

VINCENT R. FONTANA

May 7, 2008

Magistrate George A. Yanthis
United States District Court
   for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re:    Circello/Oliver v. Community Mutual
                   Savings Bank
               Case No.    : 07 Civ. 6933 (WP4/GAY)
               Our File No. : 0120-156

Dear Judge Yanthis:

      This will confirm the Court's amendment to the scheduling order granting an extension of time for the parties to complete discovery to July 31, 2008. It was further ordered that a telephone status conference shall be held on July 31, 2008 at 9:15 A.M. Counsel for the defendant shall initiate the call.

                                      Respectfully submitted,
                                      Law Office of Vincent R. Fontana, P.C.

                                      Vincent R. Fontana

VRF/jf

cc.    Joseph DeGiuseppe, Jr.
       Bleakley, Platt & Schmitt, LLP
       One North Lexington Avenue
       White Plains, New York 10601

       BY FACSIMILE
       (914) 683-6956