

# BLEAKLEY PLATT
NEW YORK — CONNECTICUT

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

JOSEPH DEGIUSEPPE, JR.
914.287.6144
JDEGIUSEPPE@BPSLAW.COM

## MEMO ENDORSED

July 23, 2008

<u>VIA FACSIMILE 914-390-4095</u>

Hon. George A. Yanthis, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601



Re: <u>Circello and Oliver vs.
Community Mutual Savings Bank
Case No. 07 Civ. 6933 (KMK/GAY)</u>

Dear Judge Yanthis:

This letter will confirm that the discovery cut-off date for the above cited action has been extended from July 31, 2008 to September 30, 2008, with a status conference call scheduled for September 30th at 9:15 a.m. with the undersigned counsel to imitate this call.

I have faxed a copy of this letter to Mr. Fontana's office.

Very truly yours,

Bleakley Platt & Schmidt, LLP

Joseph DeGiuseppe, Jr.

JD/crf

cc: Vincent R. Fontana, Esq.
Sent Via Facsimile 516-640-4983

SO ORDERED:

Hon. George A. Yanthis
United States Magistrate Judge.

7/24/08